No. 85–6384.  MERRIWEATHER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 85–6387.  CLARK ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 85–6414.  HOPKINS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 85–6415.  SCHELL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 85–6429.  RORIE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–6438.  SCARBOROUGH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–6454.  MASSUH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 85–6457.  CALLANAN ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 85–6460.  PURCELL ET UX. v. BOARD OF IMMIGRATION APPEALS.  C. A. 8th Cir.  Certiorari denied.

No. 85–6468.  COX ET AL. v. DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir.  Certiorari denied.